1  JACQUELYN S. LELEU, ESQ.
   Nevada Bar No. 7675
2  LISA M. WILTSHIRE, ESQ.
   Nevada Bar No. 10470
3  McDONALD CARANO WILSON LLP
   2300 West Sahara Avenue, Suite 1000
4  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
5  Facsimile: (702) 873-9966
   jleleu@mcdonaldcarano.com
6
   *Attorneys for Plaintiff*
7

8              **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE DISTRICT OF NEVADA**

10 WMCV PHASE 2, LLC, a Delaware limited       Case No.   2:10-cv-01844-GMN-LRL
   liability company,
11
                    Plaintiff,
12
13          *v.*                                      **DEFAULT JUDGMENT**

   MILLENNIUM CORPORATION (AUST)
14 PTY., LIMITED, an Australian Proprietary
   Company, Limited By Shares and DOES I
15 through X, inclusive,

16                  Defendants.

17         Default was entered in this action against defendant MILLENIUM CORPORATION

18 (AUST) PTY., LIMITED on May 5, 2011.  Thereafter, plaintiff WMCV PHASE 2, LLC applied

19 to this Court for entry of Default Judgment against MILLENIUM CORPORATION (AUST)

20 PTY., LIMITED pursuant to Fed.R.Civ.P. 55(b).  MILLENIUM CORPORATION (AUST)

21 PTY., LIMITED is not in the military service of the United States and is not a minor or

22 incompetent person.  Good cause appearing therefor,

23         IT IS ORDERED that plaintiff WMCV PHASE 2, LLC recover of and from defendant

24 MILLENIUM CORPORATION (AUST) PTY., LIMITED as follows:

25         1.      Pre-termination Rent in the amount of **$84,211.96**, plus;

26         2.      Interest accrued at the contractual rate of 18% per year on pre-termination Rent in

27                 the amount of **$12,583.34**, plus;

28         3.      The Remaining Full-Value of the Lease in the amount of **$356,589.60**, plus;

*McDONALD · CARANO · WILSON LLP*
2300 WEST SAHARA AVENUE, SUITE 1000 · LAS VEGAS, NEVADA
PHONE (702)873-4100 · FAX (702) 873-9966

4.   Interest accruing at the contractual rate of 18% per year on post-termination Rent until the date of judgment, which totals **$139,099.25** as of May 31, 2011, and continuing to accrue interest at the per diem rate of **$175.85**, plus;

5.   Plaintiff's costs of suit, pursuant to the Lease between the parties, submitted to the Court in a separately filed Bill of Costs in the amount of **$1,373.22** plus;

6.   Reasonable attorneys' fees, pursuant to the Lease between the parties and Plaintiff's request to the Court, in the amount of **$11,326.96**, plus;

7.   Interest at the statutory rate on all of the foregoing amounts from the date of entry of judgment until paid in full, and;

8.   Costs of collection in connection with the judgment, including reasonable attorneys' fees, as the Court may award from time-to-time upon application by Plaintiff.

**DATED** this 12th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

McDonald Carano Wilson LLP

By: _____
JACQUELYN S. LELEU, ESQ. (# 7675)
LISA M. WILTSHIRE, ESQ. (#10470)
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada  89102

*Attorneys for Plaintiff*

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1000 · LAS VEGAS, NEVADA
PHONE (702) 873-4100 · FAX (702) 873-9966